**Order entered May 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01401-CR
No. 05-18-01402-CR
No. 05-18-01403-CR

**MICHAEL LEE BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-56811-Q, F16-56812-Q & F16-56813-Q**

## ORDER

Before the Court are the State's May 23, 2019 second motion for extension of time to file the State's brief, brief tendered on May 23, 2019, and May 24, 2019 motion to withdraw the second motion for extension. The State's second motion for extension requests an extension of time to file the State's brief in all three cases. The State's brief lists all three cases in its caption. The State's motion to withdraw, filed only in cause no. 05-18-01401-CR, acknowledges that appellant has filed an *Anders* brief in cause nos. 05-18-01401-CR and 05-18-01402-CR. The State reports that it does not intend to file a brief in response to the *Anders* brief. Appellant filed a brief on the merits in cause no. 05-18-01403-CR, and the State's tendered brief addresses the merits of cause no. 05-18-01403-CR.

We interpret the State's two motions together as showing the State is requesting an extension of time to file its brief which should be filed only in cause no. 05-18-01403-CR. The State's motions are **GRANTED** for that purpose. We **EXTEND** the time to file the State's brief in cause no. 05-18-01403-CR and **ORDER** the State's brief filed in cause no. 05-18-01403-CR as of the date of this order.

We **STRIKE** the State's brief to the extent it applies to cause nos. 05-18-01401-CR and 05-18-01402-CR.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE